**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| C.S.  V. L.C. | : | No. 389 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: LACKAWANNA | : | Petition for Allowance of Appeal from |
| CHILDREN AND YOUTH | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.S., A MINOR | : | No. 390 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: LACKAWANNA COUNTY | : | Petition for Allowance of Appeal from |
| CHILDREN AND YOUTH SERVICES | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.